RELATED DDJ

FILED
CLERK, U.S. DISTRICT COURT
MAY 24 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RS___ DEPUTY

Name and Prisoner/Booking Number: NORRIS Miller #4575889
Place of Confinement: LOS ANGELES COUNTY JAIL
Mailing Address: TERMINAL ANNEX P.O. BOX 86164
City, State, Zip Code: LOS ANGELES, CA 90086-0164

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

(Full Name of Plaintiff): NORRIS JAJON MILLER PRO SE

Plaintiff,

v.

(Full Name of Defendant):
(1) OFFICER JOHN JIXON #50239
(2) OFFICER SEAN Judd #50342
(3) CHIEF OF POLICE CHARLIE BECK
(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:16-CV-03623-SJO-SS
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

JURY TRIAL demanded

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 23 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: HAWTHORNE POLICE DEPARTMENT 12501 S. HAWTHORNE BLVD. HAWTHORNE, CA 90250

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: __JOHN JIXON #50239__. The first Defendant is employed as: __POLICE OFFICER__ at __HAWTHORNE POLICE dEPARTMENT__
   (Position and Title) (Institution)

2. Name of second Defendant: __SEAN JUdd #50342__. The second Defendant is employed as: __POLICE OFFICER__ at __HAWTHORNE POLICE dEPARTMENT__
   (Position and Title) (Institution)

3. Name of third Defendant: __CHARLIE BECK__. The third Defendant is employed as: __CHIEF OF POLICE__ at __LAPd__
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits: __CORRECTIONAL OFFICERS ASSAULTED ME.__
   a. First prior lawsuit:
      1. Parties: __NORRIS MILLER__ v. __PLEASANT VALLEY STATE PRISON__
      2. Court and case number: __1:10-CV-00112 FRESNO FEdERAl COURT__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __MY CASE IS STILL pENdING. I filed IT ON JANUARY 2010__.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: **14TH AMENDMENT AND 8TH AMENDMENT**

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON FEBRUARY 10, 2016 AROUND 9:03 AM TO 10 AM I WAS ASSAULTED BY OFFICER JIXON AND OFFICER Judd IN FRONT OF CHIPS RESTAURANT 11908 SOUTH HAWTHORNE BLVD HAWTHORNE, CA. 90250. SURVEILLANCE CAMERAS FROM CHIPS RESTAURANT AND THE USA GAS STATION LOCATED ON 119TH STR AND HAWTHORNE BLVD WILL SHOW THESE TWO OFFICERS ASSAULTING ME. ALSO dASH CAMERA FROM OFFICER JERRICK CABRERA #50310 POLICE CAR WILL CLEARLY SHOW ME LAYING ON THE GROUND IN FRONT OF CHIPS RESTAURANT, AND THEN OFFICER Judd PUT HIS KNEE IN MY bACK EXTREMELY HARD AND I COULDNT BREETH BECAUSE I HAVE ASTHMA. WHILE OFFICER Judd HANDCUFFED ME EXTREMELY TIGHT, OFFICER JIXON PUNCHED ME IN MY Rib CAGE TWICE MALICIOUSLY AND SADISTICALLY TO CAUSE HARM WHILE I WAS HANDCUFFED. PINNED TO THE GROUND. THE NEVER READ ME MY MIRANDA RIGHTS AND I didNT do ANYTHING WRONG.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I COULDNT BREETH BECAUSE I HAVE ASTHMA AND MY Rib CAGE WAS HURTING FOR 3-dAYS. THEY WOULD NOT GIVE ME ANY MEDICAL ATTENTION OR TAKE A STATEMENT FROM ME WHILE IN POLICE STATION. SEE PROOF IN MY 2ND LETTER.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☑ No
   b. Did you submit a request for administrative relief on Claim I?   ☐ Yes  ☑ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. IT WAS A POLICE STATION, AND THEY WOULDNT LET ME MAKE A STATEMENT. I HAVE PROOF. SEE 2ND LETTER.

3.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: **14TH AMENDMENT AND 8TH AMENDMENT**.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   CHIEF OF POLICE CHARLIE BECK SUPERVISED OFFICER JIXON AND OFFICER JUDD AND WAS UNDER CHARLIE BECK COMMAND. CHARLIE BECK ORDERED OFFICER JIXON AND OFFICER JUDD TO MALICIOUSLY AND SADISTICALLY ASSAULT ME TO CAUSE HARM. CHIEF OF POLICE CHARLIE BECK VIOLATED MY CONSTITUTIONAL RIGHTS WHEN HE SUPERVISED AND ORDERED OFFICER JIXON AND OFFICER JUDD TO ASSAULT ME ON FEBRUARY 10, 2016 IN FRONT OF CHIOUS RESTAURANT ON 119TH STR AND HAWTHORNE BLVD AROUND 9:03 AM TO 10 AM. CHIEF OF POLICE CHARLIE BECK, OFFICER JIXON AND OFFICER JUDD VIOLATED MY 14TH AMENDMENT AND MY 8TH AMENDMENT. THIS HAS ALSO CAUSE ME EMOTIONAL STRESS, HEARTACHE AND PAIN, AND BAD NERVES.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. IT WAS A POLICE STATION, AND THEY WOULDN'T LET ME MAKE A STATEMENT. I HAVE PROOF SEE 2ND LETTER.

## E. REQUEST FOR RELIEF

State the relief you are seeking: I AM SEEKING $700,000,000 FOR PAIN AND SUFFERING, BAD NERVES AND EMOTIONAL STRESS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-16-16
DATE

*Norris Miller*
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

MILLER #4575889
'AI ANNEX
K86164
6EIES, CA
90086-0164



LOS ANGELES CA 900
19 MAY 2016 PM 6 L



FOREVER USA
Bank Swallow

UNiTed STATES DiSTRiCT COURT
FEdERAL COURT HOUSE
TO: OFFICE OF THE CLERK
312 NORTH SPRING STREET
LOS ANGELES, CA
90012

LEGAL MAIL)

C/A SALAS



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2012