**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORRIS DAJON MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER JOHN DIXON, et al.,<br><br>    Defendants. | Case No. CV 16-3623 SJO (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 5/21/18

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE